NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA18, Mortgage Pass-Through Certificates, Series 2006-OA18*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA18<br><br>Plaintiff,<br><br>vs.<br><br>EUPERT DUNBAR; 5008 SIGNAL DRIVE TRUST; NEVADA ASSOCIATION SERVICES, INC.; LOS PRADOS COMMUNITY ASSOCIATION; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00544-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS REPUBLIC SILVER STATE DISPOSAL, INC.** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA18, Mortgage Pass-Through Certificates, Series 2006-OA18 (**BoNYM**) and Republic Silver State Disposal, Inc. (**Republic Services**), by and through their respective counsel, hereby stipulate and agree to dismiss without prejudice BoNYM's claims against Republic Services.

. . .

53940309;1

Each party shall bear its own attorneys' fees and costs.

DATED this 22nd day of July, 2020.

| **AKERMAN LLP** | **WILLIAMS & STARBUCK** |
|---|---|
| */s/ Nicholas E. Belay, Esq.*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for BoNYM* | */s/ Drew Starbuck, Esq.*<br>DONALD H. WILLIAMS, ESQ.<br>Nevada Bar No. 5548<br>DREW STARBUCK, ESQ.<br>Nevada Bar No. 13964<br>612 South Tenth Street<br>Las Vegas Nevada 89101<br><br>*Attorneys for Republic Silver State Disposal, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:17-cv-00544-APG-DJA

DATED: 7/23/2020 _____

2

53940309;1