# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff<br><br>v.<br><br>EUPERT DUNBAR, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00544-APG-DJA<br><br>**Order Directing Entry of Final Judgment** |

In light of the plaintiff's dismissal of the remaining claims against defendants Eupert Dunbar, Republic Silver State Disposal Inc., and Mortgage Electronic Registration Systems, Inc.,

I ORDER the clerk of court to enter final judgment consistent with my prior order (ECF No. 59) and to close this case.

DATED this 27th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE